

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00199-CV

Esther J. Swain
v.
Berry M. Dobbs and United Services Automobile Association

On Appeal from the
153rd District Court of Tarrant County, Texas
Trial Court Cause No. 153-297892-18

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 16, 2023